# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-2920
LT Case No. 2022-DP-000014

———————————————

W.T., FATHER OF W.H.T., IV, A
CHILD,

    Appellant,

    v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

    Appellee.

———————————————

On appeal from the Circuit Court for Clay County.
Angela Cox, Judge.

Summer N. Boyd, of Law Office of Summer Boyd, Jacksonville,
for Appellant.

Sarah J. Rumph, of Children's Legal Services, Tallahassee, for
Appellee.

Sara Elizabeth Goldfarb, Statewide Direct of Appeals, and
Amanda Victoria Glass, Senior Attorney, of Statewide
Guardian ad Litem Office, Tallahassee, for Guardian ad Litem.

January 31, 2024

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., MAKAR, and LAMBERT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____